# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
        Plaintiff(s)

v.

ERIC ZACHARY MALY
        Defendant(s)

**EXHIBIT AND WITNESS LIST**

Case Number: 1:21-cr-00107-UA-1

| Presiding Judge | | | Plaintiff's Attorney | | Defendant's Attorney |
|---|---|---|---|---|---|
| Judge Auld | | | Frank Chut, AUSA | | Ames Chamberlin, AFPD |
| **Hearing Date:** | | | **Court Reporter** | | **Courtroom Deputy** |
| 4/9/2021 | | | Proceedings Recorded | | Donita M. Kemp |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | X | 4/9/2021 | | | Peter Maly (witness) |
| | | | | | |

Page 1 of 1

Case 1:21-cr-00107-TDS     Document 7     Filed 04/09/21     Page 1 of 1