# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>ERIC ZACHARY MALY<br><br>Defendant | ) ) ) Case No. 1:21CR107-1<br>) )<br>) ) |

**FILED APR 15 2021**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) ERIC ZACHARY MALY,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Receipt of child pornography in violation of 18:2252A(a)(2)(A) and (b)(1); Possession of child pornography in violation of 18:2252A(a)(5)(B) and (b)(2).

The United States Attorney request a dentention hearing.

Date: 03/30/2021

John S. Brubaker, Clerk of Court
*Issuing officer's signature*

City and state: Greensboro, NC

/s/ Abby Taylor, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on (date) 3/30/2021, and the person was arrested on (date) 04/06/2021
at (city and state) RALEIGH, NORTH CAROLINA.

Date: 4/6/21

**RECEIVED MAR 30 2021 U.S. Marshals Service, M/NC**

*Arresting officer's signature*

ZACHARY NEETE SPECIAL AGENT
*Printed name and title*