Eric Maly 38932-509
Low Security Correctional Institution
PO Box 999
Butner, NC 27509



LOW SECURITY CORRECTIONAL INST.
P.O. BOX 999
BUTNER, NORTH CAROLINA 27509
DATE: 10-12-23
"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address.

RECEIVED
In this Office
OCT 16 2023
MAGISTRATE JUDGE PEAKE
WINSTON-SALEM, NC

Hiram H. Ward Federal Building and
United States Courthouse
Attn: Clerk of Court
251 North Main Street, Suite 2
Winston-Salem, NC 27101

RECEIVED
In This Office
OCT 18 2023
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.

